Nov. Term, 1856.

PLUMMER
v.
McLEAN.

J. F. Gardner and G. W. Julian, for the appellant.

J. Yaryan, for the appellee.

## PLUMMER v. McLEAN.

APPEAL from the Wayne Court of Common Pleas.

Tuesday, January 13, 1857.

Per Curiam.—This was a complaint for the assignment of dower.

Several errors are assigned; but on looking through the record, we find there is not a single exception taken to any ruling of the Court. The record shows regular proceedings from the complaint to the judgment; and next follows a prayer for an appeal. The appeal was granted and an appeal bond filed. That is all. No motion for a new trial—no evidence in the record—no exceptions.

There is nothing before this Court to be determined. 2 R. S. pp. 112, 115, 116. Zehnor v. Beard, at the present term (1).

The judgment is affirmed, with 10 per cent. damages and costs.

J. S. Newman and J. P. Siddall, for the appellant.

G. W. Julian, for the appellee.

(1) Ante, 96.